

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>    Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants. | Case No. 3:12-CV-00263-ECR-(VPC)<br><br>**ORDER** |

    Before the court are plaintiff's motion to request extension of copywork limit (#5) and motion for extension of time to file amended complaint (#6).[1]  Plaintiff does not have a right to free photocopying. Johnson v. Moore, 942 F.2d 517 (9th Cir. 1991). However, a court can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties.

    The court is not convinced that even limited photocopying is necessary at this time. In addition to the indigent inmate photocopying allowance, Nevada prisons also make carbon paper available for copies. Administrative Regulation 722. Plaintiff has not alleged how carbon paper is inadequate for any pleadings, motions, or responses which he might file and serve. Plaintiff notes that he would be unable to submit any documents along with the amended complaint without losing those documents. However, the court did not direct plaintiff to file an amended complaint because

---

[1] Plaintiff actually submitted one document, but the court has docketed the motions separately.

the original complaint (#4) lacked documentary support. Instead, the court told plaintiff to file an amended complaint because he needs to identify each defendant and allege what that defendant did to violate his constitutional rights. See Order, p. 7 (#3). Exhibits are not necessary for the amended petition.

The court will give plaintiff additional time to file an amended complaint.

IT IS THEREFORE ORDERED that plaintiff's motion to request extension of copywork limit (#5) is **DENIED**.

IT IS FURTHER ORDERED that plaintiff's motion for extension of time to file amended complaint (#6) is **GRANTED**. Plaintiff shall have through July 30, 2012, to file an amended complaint.

DATED: 6-13-12.

_____
VALERIE P. COOKE
United States Magistrate Judge