

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   BILLY CEPERO,

10       Plaintiff,           Case No. 3:12-CV-00263-ECR-(VPC)

11   vs.                     **ORDER**

12   HIGH DESERT STATE PRISON, et al.,

13       Defendants.

14

15       Before the court are plaintiff's motion to request extension of copywork limit (#5) and

16   motion for extension of time to file amended complaint (#6).[1]   Plaintiff does not have a right to

17   free photocopying. Johnson v. Moore, 942 F.2d 517 (9th Cir. 1991). However, a court can order a

18   prison to provide limited photocopying when it is necessary for an inmate to provide copies to the

19   court and other parties.

20       The court is not convinced that even limited photocopying is necessary at this time.  In

21   addition to the indigent inmate photocopying allowance, Nevada prisons also make carbon paper

22   available for copies.  Administrative Regulation 722.  Plaintiff has not alleged how carbon paper is

23   inadequate for any pleadings, motions, or responses which he might file and serve.  Plaintiff notes

24   that he would be unable to submit any documents along with the amended complaint without losing

25   those documents.  However, the court did not direct plaintiff to file an amended complaint because

26

27

28   [1]Plaintiff actually submitted one document, but the court has docketed the motions separately.

the original complaint (#4) lacked documentary support.  Instead, the court told plaintiff to file an amended complaint because he needs to identify each defendant and allege what that defendant did to violate his constitutional rights.  See Order, p. 7 (#3).  Exhibits are not necessary for the amended petition.

The court will give plaintiff additional time to file an amended complaint.

IT IS THEREFORE ORDERED that plaintiff's motion to request extension of copywork limit (#5) is **DENIED**.

IT IS FURTHER ORDERED that plaintiff's motion for extension of time to file amended complaint (#6) is **GRANTED**.  Plaintiff shall have through July 30, 2012, to file an amended complaint.

DATED: 6-13-12.

VALERIE P. COOKE
United States Magistrate Judge

-2-