FILED ✓
ENTERED ___
RECEIVED ___
SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | ) |
| Plaintiff, | ) 3:12-cv-00263-ECR-VPC |
| vs. | ) **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | ) |
| Defendants. | ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On September 19, 2012, the court issued a Screening Order directing that certain claims set forth in the amended complaint may proceed (ECF #11). Before the court is plaintiff's motion to receive free copies (ECF #12). Plaintiff alleges that he has reached the $100 maximum credit with the Nevada Department of Corrections and requests free copies of all future filings in this case. As plaintiff has been advised previously, he does not have a right to free photocopying (ECF #7). *Johnson v. Moore*, 942 F.2d 517 (9th Cir. 1991). Moreover, this case has been stayed for ninety (90) days in order to allow for settlement negotiations, and therefore, he has no present need for copies. Accordingly, his motion is denied. If plaintiff needs an extension of the copywork limit in the future in this litigation in order to file a certain

motion or document with the court, he may file a new motion for such extension and identify specifically what copies he needs.

However, while the motion for free copies for future filings is denied, plaintiff has also indicated that he does not have a copy of his amended complaint. Thus, the Clerk shall send to plaintiff one copy of his amended complaint (ECF #8) at his address of record.

**IT IS THEREFORE ORDERED** that plaintiff's motion for copies (ECF #12) is **DENIED** as set forth in this order.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff at his address of record one copy of the amended complaint (ECF #8).

DATED this 25th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE