# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 7, 2013 |
| | ) | |
| HIGH DESERT STATE PRISON, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion requesting the A.G.'s Office to serve the remaining defendants (#61) is **DENIED.**  Plaintiff's motion requesting the court to order the remaining defendants served by process (#67) is **GRANTED.**

The Clerk shall issue summonses for **James Fortier, Arthur Lindsay,** and **Clifton Smith** and send the same to the U.S. Marshal with the addresses provided under seal (#50).  The court notes that last known addresses were provided for James Fortier, Arthur Lindsay, and Clifton Smith.  The Office of the Attorney General was unable to accept service or provide last known addresses for **Mr. DeLa Ray** or **Mr. Steven** as they have been insufficiently identified by the plaintiff.  Plaintiff shall have to and including **Thursday, October 31, 2013** to file a notice more properly identifying these two defendants.  Ten days thereafter, the Office of Attorney General shall advise whether or not they are able to accept service or provide last known addresses on behalf of **Mr. DeLa Ray** and **Mr. Steven.**

The Clerk shall send to plaintiff three USM-285 forms, three copies of the second amended complaint (#27), and three copies of this order for the defendants.  Plaintiff shall have until **Thursday, October 31, 2013,** to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
          Deputy Clerk