**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 28, 2014 |
| | ) | |
| HIGH DESERT STATE PRISON, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General was unable to accept service or provide last known addresses for **Mr. DeLa Ray** or **Mr. Steven** because they were insufficiently identified by the plaintiff (#47).  On October 7, 2013, plaintiff was ordered to file a notice more properly identifying these two defendants (#79).  Plaintiff has done so (#91).  Thereafter, the Office of Attorney General was ordered to advise whether or not they are able to accept service or provide last known addresses on behalf of **Mr. DeLa Ray** and **Mr. Steven.**  The Office of the Attorney General has failed to file such a notice.

Plaintiff's motion to identify two defendants with the court's assistance (#91) is **GRANTED in part**.  On or before **Friday, February 14, 2014**, the Office of the Attorney General shall filed a notice advising whether or not they are able to accept service or provide the last known addresses of the following defendants:

1. **Mr. DeLa Ray** who is identified by the plaintiff as a correctional officer on duty at High Desert State Prison infirmary on September 23, 2010; and
2. **Mr. Steven** who is or was a nurse on duty at High Desert State Prison infirmary on September 23, 2010.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
Deputy Clerk