## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 25, 2014 |
| | ) | |
| HIGH DESERT STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 10, 2014, the court ordered (#113) the parties to conduct a telephonic meet and confer regarding the plaintiff's motion to compel (#107).  The court ordered the defendants to respond to the motion if the parties were unable to resolve the motion, and defendants did respond (#114).  Plaintiff was afforded an opportunity to reply, but plaintiff filed no reply.  Having reviewed the parties' papers,

IT IS ORDERED that plaintiff's motion to compel discovery (#107) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk