UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 30, 2014 |
| | ) | |
| HIGH DESERT STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to request transcripts at government expense (#129). Defendants opposed the motion (#131), and plaintiff replied (#135).

In his motion plaintiff is requesting that transcripts be prepared for the hearings on June 4, 2013, and March 10, 2014, and the settlement conference on August 27, 2013.[1] Plaintiff claims that he needs these transcripts to prepare for the filing of a dispositive motion. Defendants correctly point out that plaintiff did not specify which "government" entity he is requesting pay for these transcripts or how the transcripts will be relevant to the dispositive motions. In his reply, plaintiff contends that the answers to these questions are obvious.

It is not the court's obligation to provide litigants, even indigent ones, with copy services or transcript preparation services. Moreover, the granting of *in forma pauperis* does not waive the applicant's responsibility to pay the expenses of litigation which are not covered by 28 U.S.C. § 1915. Local Special Rule 1-8. More importantly, however, the deadline for filing dispositive motions in this case passed on March 17, 2014 (#s 99 & 113), nearly two months before plaintiff requested preparation of transcripts. Therefore,

---

[1] Plaintiff is also requesting a transcript for a hearing on February 12, 2014; however, no hearing took place on or above that date.

       IT IS ORDERED that plaintiff's motion to request transcripts at government expense (#129) is **DENIED**. The parties shall file a proposed joint pretrial order pursuant to Local Rule 16-4 on or before **Friday, August 1, 2014.**

       IT IS FURTHER ORDERED that plaintiff's motion for reconsideration (#130) is **DENIED**.

       **IT IS SO ORDERED.**

                                           LANCE S. WILSON, CLERK

                             By:          /s/
                                        Deputy Clerk