## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 11, 2014 |
| | ) | |
| HIGH DESERT STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's order #149, the defendants' motion for summary judgment is considered timely filed.  Therefore, plaintiff's motion to strike (#150) defendants' motion for leave to file summary judgment (#142) and motion for summary judgment (#143) as untimely is **DENIED**.

Plaintiff's motion to extend time to file response to defendants' motion for summary judgment (#156) is **GRANTED in part**.  Plaintiff shall have to and including **Friday, October 3, 2014** to file an opposition to defendants' motion for summary judgment (#143).  No further extensions of time shall be granted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk