UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILLY CEPERO, | ) | 3:12-CV-0263-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 11, 2014 |
| | ) | |
| HIGH DESERT STATE PRISON, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for reconsideration (#147) of the court's order #139 denying his motion for appointment of counsel in this civil case. Defendants have filed an opposition (#152). No reply was filed.

In his motion, plaintiff claims that he submitted a reply in support of his motion for counsel that was not acknowledged by the court. Ex. B. The court has reviewed its docket in this case and finds the reply was not filed with the court. Nevertheless, the court has reviewed the reply in support of the motion for appointed counsel attached as Exhibit B and finds that plaintiff's motion for reconsideration (#147) is **DENIED**. Plaintiff's request for appointed counsel is **DENIED** for the reasons stated in the court's order #139.

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                        By:            /s/
                              Deputy Clerk