✓ FILED　　　　　RECEIVED
___ ENTERED　___ SERVED ON
　　　　　COUNSEL/PARTIES OF RECORD

NOV 1 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | 3:12-CV-0263-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 12, 2014 |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

**PRESENT:**     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**     LISA MANN     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's second motion requesting transcripts at the court's expense (#163). Defendants filed an opposition (#165).

Plaintiff fails to specify which transcripts he wants prepared and how they would be relevant to the dispositive motion pending in this case. Plaintiff is again reminded that it is not the court's obligation to provide litigants, even indigent ones, with copy services or transcript preparation services. Moveover, the granting of *in forma pauperis* status does not waive the applicant's responsibility to pay the expenses of litigation which are not covered by 28 U.S.C. § 1915. Local Special Rule 1-8. Therefore,

   **IT IS ORDERED** that the plaintiff's motion requesting transcripts at the court's expense (#163) is **DENIED**.

   **IT IS FURTHER ORDERED** that plaintiff's motion for extension of time (#167) is **GRANTED in part**. Plaintiff's opposition to motion for summary judgment was filed on November 12, 2014 and will be considered timely filed. No reply to the motion for transcripts is required.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
         Deputy Clerk