# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | 3:12-CV-0263-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 10, 2015 |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are several motions to stay or for enlargement of time to oppose and reply to defendants' motion for summary judgment filed by both the plaintiff and defendants in this case (#s 164, 173, 175 & 180).  The court will address each in turn.

**#164  Plaintiff's motion to deny or stay defendants' motion for summary judgment**

Plaintiff's motion to deny or stay defendants' motion for summary judgment (#164) is **DENIED**.  Plaintiff was granted numerous extensions of time to file his opposition to defendants' motion for summary judgment (#s 149, 158 & 171).  The court has determined that plaintiff's opposition is considered timely filed (#171).  To the extent plaintiff is again requesting appointment of counsel, that request is **DENIED** for the reasons stated in the court's orders (#s 139 & 159).

**#s 173 & 175 Defendants' motions for extensions of time**

Defendants' motions for extensions of time (#s 173 & 175) are **GRANTED**.  Defendants' reply to plaintiff's opposition to motion for summary judgment (#177/178) shall be considered timely filed.

**#180  Plaintiff's motion to stay response to defendants' reply**

Plaintiff's motion to stay response to defendants' reply (#180) is **DENIED**.  Motion practice is comprised of a motion, an opposition, and a reply.  Local Rule 7-2(a)-(c) does not allow any additional replies to be filed without leave of the court.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                       By:_____/s/_____
                              Deputy Clerk