# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>          Plaintiff,<br><br>     v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>          Defendants. | 3:12-cv-00263-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>April 17, 2015 |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's second request to submit a surreply to the briefing on defendants' summary judgment motion (#194). Defendants opposed (#195).

The motion is **DENIED AS MOOT.** On March 24, 2015, the District Court granted and denied in part defendants' motion (#193). As such, even had plaintiff articulated a compelling reason for submitting a surreply, the brief would be for naught.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
     Deputy Clerk