1  ADAM PAUL LAXALT
   Nevada Attorney General
2  JOHN L. WARD IV
   Deputy Attorney General
3  Nevada Bar No. 12513
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1134
6  E-mail:  jward@ag.nv.gov

7  *Attorneys for Defendant*
   *Gary Graham*
8

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11  BILLY CEPERO,

12                Plaintiff,             Case No.  3:12-cv-00263-MMD-VPC

13  vs.

14  HIGH DESERT STATE PRISON, et al.,    **PARTIES' STIPULATION AND ORDER OF
                                         DISMISSAL OF PLAINTIFF'S CIVIL ACTION
15                Defendants.            WITH PREJUDICE**

16         Plaintiff Billy Cepero, *pro se*, and Defendant Gary Graham, by and through counsel,

17  Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy

18  Attorney General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's above-

19  captioned civil action, *with* prejudice, each party to bear his or her own costs.

20      **SO STIPULATED:**

21  Dated: February 4th, 2015 2016           Dated: February 8th, 2015 2016

22
                                            ADAM PAUL LAXALT
23                                          Attorney General

24

25  By:_____             By:_____
26     BILLY CEPERO (#94730)                   JOHN L. WARD IV
       Plaintiff, pro se                        Deputy Attorney General
27                                             Attorneys for Defendant

28

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

**ORDER**

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action With Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

**IT IS SO ORDERED**.

Dated:  this ____ 8th ____ day of February, 2016.

MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2

1

## CERTIFICATE OF SERVICE

2        I certify that I am an employee of the Office of the Attorney General, State of Nevada,

3  and that on February 8, 2016, I caused to be deposited for mailing, a true and correct copy of

4  the foregoing, **PARTIES' STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S**

5  **CIVIL ACTION WITH PREJUDICE**, to the following:

6  Billy Cepero (#94730)

7  Southern Desert Correctional Center
P.O. Box 208

8  Indian Springs, Nevada 89070

9

10

11      An employee of the
Office of the Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28